**Order entered March 7, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01309-CV

### IN THE INTEREST OF M.W.M., JR., A MINOR CHILD

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-07-04168-Z**

## ORDER
Before Chief Justice Wright, Justice Brown, and Justice Whitehill

This is an appeal from an order denying a motion to compel arbitration of issues raised by appellee in a motion for judgment. On November 16, 2017, we stayed "all trial court proceedings" relating to that motion as well as appellee's application for turnover relief, appellee's motion to compel production of documents, and any motions or requests of appellee seeking post-judgment remedies or post-judgment discovery from appellant or third parties, including but not limited to the hearings set for November 21, 2017 and December 14, 2017."

Before the Court now are appellee's motion for contempt, appellee's motion to modify the November 16th stay order, and appellant's response to the motion to modify. Appellee's motions stem from an arbitration proceeding commenced at appellant's request after we entered the stay order. The arbitration concerned issues separate from those raised in this appeal and resulted in an award rendered December 21, 2017.

By the motion for contempt, appellee argues appellant should be held in contempt, and the arbitration award declared void, because the arbitration violated the stay order. Appellee further argues that a temporary injunction granted by the 14th Judicial District Court based on the arbitration award should also be declared void. In the event the Court does not grant the motion for contempt, appellee argues in her motion to modify that she should be relieved of the stay so she may file with the trial court below a motion to vacate the arbitration award.

Because our November 16th order stayed only trial court proceedings related to the identified motions, we **DENY** the motions for contempt and to modify.

/s/    CAROLYN WRIGHT
        CHIEF JUSTICE